NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNISENSE FERTILITECH A/S, FERTILITECH, INC.,**

*Plaintiffs - Appellants*

v.

**AUXOGYN, INC., THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,**

*Defendants - Appellees*

---

15-1999

---

Appeal from the United States District Court for the Northern District of California in case no. 4:11-cv-05065-YGR Judge Yvonne Gonzalez Rogers

---

**O R D E R**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

|  |  |
|---|---|
|  | FOR THE COURT |
| September 24, 2015 | /s/ Daniel E. O'Toole<br>Daniel E. O'Toole<br>Clerk of Court |

**ISSUED AS A MANDATE:** September 24, 2015